# MEMORANDA

OF CASES DECIDED DURING THE PERIOD COMPRISED IN THIS VOLUME
AND DESIGNATED BY THE COURT "NOT TO BE
REPORTED."

---

## THE SOUTH BALTIMORE HARBOR AND IM-PROVEMENT CO. OF ANNE ARUNDEL COUNTY ET AL. *vs.* JOHN G. RUSSELL AND FRANKLIN MEUSHAW.

*The Decision in Harbor Co. v. Smith, 85 Md. 537, Upon Substantially the Same Facts is Conclusive of This Case.*

Appeal from an order of the Circuit Court for Anne Arundel County granting an *ex parte* injunction with leave to the defendant to move for a dissolution. *Reversed.*

The bill in this case sought to enforce an alleged dedication to the public of a square in the town of Brooklyn in Anne Arundel County. It was held that the facts ruled upon in *South Balto. Harbor Co.* v. *Smith*, 85 Md. 537, were substantially the same as in this case, and that that decision was consequently conclusive of the present appeal. The order appealed from was accordingly reversed, the injunction dissolved and the bill dismissed with costs.

Opinion by BRISCOE, J., filed April 1st, 1898. Recorded in Liber J. F. F. and A. R. No. 1, folio 69, of " Opinions Unreported."

*Isidor Rayner* and *John F. Williams*, for the appellant. *John C. Rose*, for the appellee.